**Leona RICHARDSON, Administratrix, etc., Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY.**

No. 11351.

Circuit Court of Appeals, Eighth Circuit.

May 29, 1939.

PER CURIAM.

Appeal dismissed on motion of appellee, at costs of appellant, for failure to print record and file briefs.

**Mary E. RIDGEWAY et al., Appellants, v. METROPOLITAN LIFE INSURANCE CO.**

No. 11488.

Circuit Court of Appeals, Eighth Circuit.

May 9, 1939.

Harry A. Hall, of Kansas City, Mo., for appellants.

Henry I. Eager and Kenneth E. Midgley, both of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed at costs of appellants, on motion of appellee and consent to dismissal by appellants.

**M. E. ROBERTS et al., Appellants, v. Charles C. WINE, Receiver.**

No. 11497.

Circuit Court of Appeals, Eighth Circuit.

Sept. 8, 1939.

J. N. Saye, W. T. Saye, and W. Edward Lee, all of Longview, Tex., for appellants.

Will Steel, H. M. Barney, and Frank S. Quinn, all of Texarkana, Ark., for appellee.

PER CURIAM.

Appeal dismissed as to appellants, M. E. Roberts, A. D. Roberts, J. N. Roberts and L. E. Roberts, on their motion.

**C. R. ROSEMAN, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 7938.

Circuit Court of Appeals, Sixth Circuit.

Oct. 11, 1939.

H. G. Burnham, of Cleveland, Ohio, for petitioner.

Samuel O. Clark, Jr., and Sewall Key, both of Washington, D. C., for respondent.

Before HICKS, SIMONS, and HAMILTON, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of the record, briefs and arguments of counsel; on consideration whereof, it is ordered, adjudged and decreed that the decision of the Board of Tax Appeals be and the same is affirmed upon the grounds and for the reasons set forth in the opinion of the Board filed May 26, 1937.